## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | MAGISTRATE NO.:  07-MJ-374 |
| v. | : | |
| | : | VIOLATIONS: |
| | : | |
| | : | 26 U.S.C. § 7203 |
| **GROVER K. JARRELL,** | : | 47 D.C. CODE § 4103(a) |
| | : | |
| Defendant. | : | |

## **INFORMATION**

The United States Attorney charges:

COUNT ONE

On or about April 15, 2004, within the District of Columbia, the defendant, GROVER K. JARRELL, a person required under the Internal Revenue Code to pay tax and file returns, did knowingly and willfully fail to make a tax return and pay all taxes due and owing to the United States as required for the period January 1 to December 31, 2003.

**(Willful failure to file return in violation of 26, United States Code, Section 7203)**

COUNT TWO

On or about April 15, 2004, with the District of Columbia, the defendant, GROVER K. JARRELL, a person required under the District of Columbia tax law to pay a tax and make a return, did knowingly and willfully fail to make a tax return and pay all taxes due and owing to the District of Columbia as required, for the period January 1 to December 31, 2003.

**(Willful failure to make a return in violation of Title 47, D.C. Code, Section 4103(a))**

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY
                              D.C. BAR #  #498610


BY:        _____/s/_____
                              DANIEL P. BUTLER
                              D.C. Bar # 417718
                              ASSISTANT U.S. ATTORNEY
                              555 Fourth Street, N.W., Room 5231
                              Washington, D.C.  20530
                               (202) 353-9431
                              Daniel.Butler@USDOJ.Gov