UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 07-MJ-374 |
| | : | |
| v. | : | |
| | : | |
| GROVER K. JARRELL, | : | **FILED** |
| | : | |
| Defendant. | : | OCT 1 7 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant GROVER K. JARRELL (hereinafter "JARRELL"), with the concurrence of his attorney, Michelle Peterson, Esq., agree and stipulate to the following facts in connection with defendant JARRELL's plea of guilty to a violation of 26 U.S.C. § 7203, Willful failure to file return, supply information, or pay tax.

For Tax Years 2002 through 2005, defendant JARRELL was a person who was required to file a personal tax return with the Internal Revenue Service and the District of Columbia Office of Tax and Revenue. During this period, defendant JARRELL earned at least $175,098.36 in wages, as reported on Forms W-2 and 1099 filed with the Internal Revenue Service by third parties which paid funds to the defendant, and $19,584 in unemployment compensation. This income was subject to federal and District of Columbia taxation. Although the amount of income was subject to taxation, defendant JARRELL failed to pay withholding taxes on the bulk of this income and failed to file any return for Tax Years 2002 through 2005. As defendant Jarrell well knew, he was required under the law to submit a tax return to federal and local taxing authorities and to pay any tax due and owing.

Nevertheless, defendant JARRELL failed to submit any return for these years or to pay the full amount of the tax due.

>Respectfully submitted,
>
>JEFFREY A. TAYLOR
>UNITED STATES ATTORNEY
>D.C. BAR # #498610
>
>BY: *Daniel P. Butler*
>DANIEL P. BUTLER
>D.C. Bar # 417718
>ASSISTANT U.S. ATTORNEY
>555 Fourth Street, N.W., Room 5231
>Washington, D.C. 20530
>(202) 353-9431
>Daniel.Butler@USDOJ.Gov

**DEFENDANT'S ACCEPTANCE**

I have read every word of this Statement of Offense. Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorney, Michelle Peterson, I agree and stipulate to this Statement of the Offense.

Date: OCT 17, 2007

Grover K. Jarrell
Defendant

I have discussed this Statement of Offense with my client, Grover K. Jarrell. I concur with his decision to stipulate to this Statement of Offense.

Date: 10/17/07

Michelle Peterson, Esq.
Attorney for Defendant Grover K. Jarrell