U.S. Department of Justice
U.S. Attorneys

**FILED**

OCT 17 2007

NANCY MAYER WHITTINGTON, CLERK

# United States District Court for the District of Columbia

**FILED**

OCT 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. :

:

GROVER K. JARRELL, :

DEFENDANT. :

Case No. 07-MJ-374

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __17TH__ day of __OCTOBER, 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __TO BE DETERMINED__ by __IRS SA HOWARD S. SMITH__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __INTERNAL REVENUE SERVICE__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SA HOWARD S. SMITH__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (~~U.S. Magistrate~~) DEBORAH A. ROBINSON

DOJ USA-16-1-80

DEFENSE COUNSEL