IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| V. | : | Case No. 07-374M-01 (DAR) |
| **GROVER KEITH JARRELL,** | : | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

Grover Keith Jarrell, through undersigned counsel, moves this Court for a brief continuance of his sentencing which is currently scheduled for April 11, 2008.  As grounds for this motion, undersigned counsel states the following:

1. Undersigned counsel requests additional time to prepare sentencing memorandum;

2. Government counsel does not object to this request;

3. Mr. Butler will be in trial, however, has indicated he will be available for sentencing.

WHEREFORE, it is respectfully requested that the Court continue Mr. Jarrell's sentencing to May 2, 2008 at 11:00 a.m.

                                              Respectfully Submitted,

                                              A.J. KRAMER
                                              FEDERAL PUBLIC DEFENDER

                                              "/s/"
                                              Michelle Peterson
                                              Assistant Federal Public Defender
                                              625 Indiana Avenue, NW    Ste 550
                                              Washington, DC 20004

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff,** | : | |
| **V.** | : | Case No. 07-374M-01 (DAR) |
| **GROVER KEITH JARRELL,** | : | |
| **Defendant.** | : | |

**ORDER**

Upon the unopposed motion of the defendant it is this _____ day of April, 2008, hereby ORDERED that the Sentencing Hearing scheduled for April 11, 2008 is continued to May 2, 2008 at 11:00 a.m.


_____
DEBORAH A. ROBINSON
UNITED STATES DISTRICT MAGISTRATE-JUDGE