IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Case No. 07-374M-01 (DAR) |
| GROVER KEITH JARRELL, | : | |
| Defendant. | : | |

## ORDER

Upon the unopposed motion of the defendant it is this \_\_\_10th\_\_\_ day of April, 2008, hereby ORDERED that the Sentencing Hearing scheduled for April 11, 2008 is continued to May 2, 2008 at 11:00 a.m.

_____
DEBORAH A. ROBINSON
UNITED STATES DISTRICT MAGISTRATE-JUDGE

2