IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | Case No. 07-374M-01 (DAR) |
| GROVER KEITH JARRELL, | : | |

## SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

Grover Keith Jarrell, through undersigned counsel, moves this Court for an additional brief continuance of his sentencing which is currently scheduled for May 2, 2008. Mr. Jarrell is attempting to ensure that his tax filings are completed prior to his sentencing date. However, he was missing some documentation, which the IRS has agreed to provide to him and which is being delivered today. The government does not oppose this motion. The parties jointly request that the Court schedule the sentencing on Friday, May 23 at a time convenient to the Court.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

"/s/"
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, NW    Ste 550
Washington, DC 20004

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **Plaintiff,** | : |
| **V.** | : Case No. 07-374M-01 (DAR) |
| **GROVER KEITH JARRELL,** | : |
| **Defendant.** | : |

**ORDER**

Upon the unopposed motion of the defendant it is this _____ day of April, 2008, hereby ORDERED that the Sentencing Hearing scheduled for May 2, 2008 is hereby continued to May 23 at _____.

_____
DEBORAH A. ROBINSON
UNITED STATES DISTRICT MAGISTRATE JUDGE