IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | |
| V. : | Case No. 07-374M-01 (DAR) |
| GROVER KEITH JARRELL, : | |
| Defendant. : | |

**ORDER**

Upon the unopposed motion of the defendant it is this ___30th___ day of April, 2008, hereby ORDERED that the Sentencing Hearing scheduled for May 2, 2008 is hereby continued to May 30 at __1:00 pm__.

_____
DEBORAH A. ROBINSON
UNITED STATES DISTRICT MAGISTRATE JUDGE

2