IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 07-mj-374 (DAR) |
| ) | |
| GROVER KEITH JARRELL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

NOTICE OF FILING

Mr. Jarrell, through undersigned Counsel, hereby notifies the Court that he has filed his federal and D.C. income taxes from 2001 through 2007 and has paid his special assessment of $75 in anticipation of his sentencing hearing scheduled for July 1, 2008.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


/s/
_____
Michelle Peterson
Assistant Federal Public
Defender 625 Indiana Avenue,
N.W. Suite 550 Washington,
D.C. 20004 (202) 208-7500,
ext. 125