UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.  07-MJ-374-01 |
| | : | |
| v. | : | Magistrate Judge Deborah A. Robinson |
| | : | |
| GROVER K. JARRELL, | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S SECOND SUPPLEMENT TO ITS MEMORANDA
IN AID OF SENTENCING (DKT. NOS. 14, 15 AND 17)

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby submits in the above-referenced criminal tax prosecution this second supplement to its prior memorandum in aid of sentencing, Dkt. No. 14, its response to defendant's memorandum in aid of sentencing, Dkt. No. 15, and its supplement to its memoranda in aid of sentencing, Dkt. No. 17.  Sentencing in this matter was previously continued on July 29, 2008, to give defendant additional time, as required by the plea agreement he signed, "to make arrangements for full payment of whatever taxes are due and owing."[1]  See Plea Agreement, at p. 4, ¶ 6. Sentencing is now scheduled for September 10, 2008, at 11:00 a.m.  The United States is filing this second supplement to inform the Court that defendant has now reached payment plans with the federal and local taxing authorities as to the amounts he owes each, and that this matter now appears ready for sentencing.

A. **DISCUSSION**

Defendant pled guilty in this case on October 17, 2007.  Pursuant to the plea agreement, he "agree[d] to file federal and District of Columbia returns for tax years 2002, 2003, 2004, and 2005,

---

[1] Sentencing previously was continued on June 2, 2008, and July 1, 2008, to give defendant time to comply with this provision of the plea agreement.

and to make arrangements for full payment of whatever taxes are due and owing. [Defendant] agree[d] to cooperate with the Internal Revenue Service, the District of Columbia Office of Tax and Revenue, and any other federal, state, or local taxing authority in determining and paying the amounts due." Plea Agreement, at p. 4, ¶ 6.

On approximately May 30, 2008, and June 24, 2008, defendant filed delinquent tax returns with the Internal Revenue Service (IRS) and D.C. Office of Tax and Revenue (OTR), respectively, for 2001 through 2007. Thereafter, both IRS and OTR have attempted to work with defendant to calculate what he owes in back taxes, penalties and interest and to submit to defendant payment plans within his current capacity to pay.

Immediately proceeding the last court appearance on July 29, 2008, defendant reached an agreement with OTR to pay $150 per month until he obtains employment and might be able to pay more. On September 2, 2008, defendant signed a similar agreement with the IRS.[2] Accordingly, this matter now appears ready to proceed to sentencing.

### B. CONCLUSION

For the reasons stated in its prior memoranda in aid of sentencing, the government requests that the Court impose on defendant a prison sentence within the United States Sentencing Guidelines

---

[2] Defendant owes the IRS approximately $43,134.56 in taxes, penalties and interest. He owes OTR approximately the same amount. The government can provide to the Court at the time of sentencing a more definite figure as to what amount defendant owes to OTR, if the Court wants that information.

range of 10-16 months in Zone C, but defers to the Court as to the actual length and type of Guidelines sentence within that range and applicable zone.

                                      Respectfully Submitted,

                                      JEFFREY A. TAYLOR
                                      UNITED STATES ATTORNEY
                                      D.C. Bar Number 498610

By:   / s / *Daniel P. Butler*
_____
DANIEL P. BUTLER
D.C. Bar #417718
Assistant U.S. Attorney
555 4th Street, N.W., Room 5231
Washington, D.C. 20530
(202) 353-9431
Daniel.Butler@usdoj.gov